IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| CHARLES ROBERT LEE FUTCH, II, <br><br> Plaintiff, <br><br> v. <br><br> CHIEF MATT LIBBY; and PORT WENTWORTH CITY HALL, <br><br> Defendants. | CIVIL ACTION NO.: 4:22-cv-293 |

**O R D E R**

Plaintiff filed the captioned action on December 13, 2022. (Doc. 1.) The Court warns Plaintiff that under Federal Rule of Civil Procedure Rule 4(m), he has the obligation to timely serve the Defendants within ninety days of the Complaint being filed. Failure to timely effect service mandates dismissal. Fed. R. Civ. P. 4(m). Moreover, to effect service, Plaintiff must first submit summonses to the Clerk of Court. Fed. R. Civ. P. 4(b). Plaintiff has not done so. Accordingly, the Court **ORDERS** Plaintiff to submit summonses to the Clerk in sufficient time so that Plaintiff may timely serve the Defendants. Should Plaintiff fail to do so, the Court will dismiss this action. So that Plaintiff is well aware of his obligations, the Court **DIRECTS** the Clerk of Court to mail Plaintiff a copy of Federal Rule of Civil Procedure 4 along with this Order.

**SO ORDERED**, this 30th day of January, 2023.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA